UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Case Type: Employment

Sharon Monroe Ateh,

Plaintiff,

Case No. 00-2391 (DSD/SRN)

vs.

**STIPULATION TO EXTEND DISCOVERY AND ORDER**

St. Paul Church Home, Inc.,

Defendant.

The above-designated parties, Plaintiff Sharon Monroe Ateh and Defendant, St. Paul Church Home, Inc., by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, the Scheduling/Pretrial/Settlement Conference Order in this case, as filed on December 22, 2000 established that all discovery, for trial shall be completed by October 15, 2001;

WHEREAS, the parties agree that an extension of the discovery, motion and trial deadlines is in the best interests of both parties, and will foster judicial economy;

WHEREAS, the parties conferred with the Court and calender clerk regarding this extension, and the Court determined that such an extension would be appropriate in consideration of all the circumstances presented;

THEREFORE, in order to encourage complete discovery and facilitate a final resolution



OCT 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

of this matter, the parties respectfully request the Court to extend the following deadlines, as provided in the Scheduling/Pretrial/Settlement Conference Order, as follows:

1. All discovery in this matter, shall be noticed so as to be completed by November 15, 2001;

IT IS HEREBY STIPULATED by and through the counsel for the parties, that the Court may enter the Order as attached hereto.

Dated: October 4, 2001

**ROBERT HALAGAN LAW FIRM, LTD.**

By: ______________________
Robert Halagan (136402)
15-2nd Street NW
Suite 205 Courthouse Square
Buffalo, Minnesota 55312
Telephone: 763-682-8975
Facsimile: 763-682-6793
**ATTORNEYS FOR DEFENDANT**
**ST. PAUL CHURCH HOME**

Dated: October 3, 2001

**GOINS & WOOD, P.C.**

By______________________
Albert T. Goins, Sr.(126159)
301 4th Ave South
378 Grain Exchange Building
Minneapolis, Minnesota 55415
Telephone: 612-339-3848
Facsimile: 612-339-3853
**ATTORNEYS FOR PLAINTIFF**
**SHARON MONROE ATEH**

**ORDER**

Upon consideration of the forgoing Joint Stipulation to Amend the Scheduling/Pretrial/Settlement Conference Order, and the records and proceedings herein, IT IS HEREBY ORDERED that the Scheduling/Pretrial/Settlement Conference Order be amended as follows:

1. All discover in the matter shall be noticed so as to be completed by November 15, 2001.

Dated: October 10, 2001

BY THE COURT

Susan Richard Nelson

HONORABLE Susan Richard Nelson
United States Magistrate Judge