UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Sharon Monroe Ateh,

Plaintiff,

vs.

St. Paul Church Home, Inc.,

Defendant.

Case Type: Employment

Case No.00-2391 (DSD/SRN)

***STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER***

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby are dismissed with prejudice and on the merits, without further costs to any of the parties and each party to bear their own costs.

Dated: 1-29-02

GOINS & WOOD, P.C.

Albert T. Goins (#126159)
301 4th Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
612-339-3848

*Attorneys for Plaintiff Sharon Monroe Ateh*

C:\BSH\St Paul Church Home\Ateh Sharon\stip for dismissal

FILED 1-31-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

HALAGAN LAW FIRM, LTD.

Dated: 1/28/02

Robert S. Halagan (#136402)
15 - 2nd Street NW
101 Courthouse Square
Buffalo, MN 55313
763-682-8975

*Attorneys for Defendant St. Paul's Church Home, Inc.*

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that the above-captioned matter be dismissed with prejudice and each party to bear their own costs.

BY THE COURT:

Dated: 1/2?/02

~~The Honorable Susan R. Nelson~~
~~Magistrate~~-Judge

C:\BSH\St Paul Church Home\Atch Sharon\stip for dismissal